

**U.S. Department of Justice**

**United States Marshals Service**
*Western District of Texas*

*United States Courthouse*
*Room 305*
*511 E. San Antonio Street*
*El Paso, Texas 79901*

September 10, 2018

**MEMORANDUM TO:**    United States Attorney's Office
                              Attn: AUSA Jose Luis Gonzalez

**FROM:**    Michael Lara, Investigative Research Specialist
              W/TX - El Paso Division - Warrants Section

**SUBJECT:**    Notice of Incarceration of Federal Prisoner

The below-named defendant was arrested:

| | |
|---|---|
| **DEFENDANT:** | JAMES Alger |
| **CASE #(S):** | EP-18-M-06569-LS |
| **VIOLATION(S):** | Extortion |
| **DATE OF ARREST/DETAINER:** | September 6, 2018 |
| **INCARCERATED IN:** | Fanin Co Det. Ctr |

(County Jail/*BOP/TDC) **Contact the USMS Criminal Clerk @ 534-6779 to coordinate defendant's arrival.**

*\* Detainer filed with _____by the United States Marshals Service in _____. If the defendant is needed for court, the United States Attorney needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad prosequendum to bring defendant to court.*

cc:    U.S. District Clerk/U.S. Magistrate
       U.S. Probation
       U.S. Marshals Service (Criminal Clerk)
       U.S. Marshals Service (D.E.O.)
       U.S. Marshals Service (USM123 File)
       Mexican Consulate